United States District Court
Northern District of New York

| | |
|---|---|
| LILLIAN E., <br>     *Plaintiff,* <br><br> vs. <br><br> MARTIN O'MALLEY, <br> Commissioner of Social Security <br>     *Defendant.* | Case 1:23-cv-00988-DNH-ML <br><br> Stipulation – Document Filed Electronically |

**Parties' Stipulation for Remand**

The parties stipulate that the Commissioner's final decision be reversed and that this action be remanded to the Commissioner for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g).  The parties agree that on remand, the Commissioner will offer Plaintiff the opportunity for a hearing. The parties consent to the entry of judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Respectfully Submitted,

| | |
|---|---|
| MARTIN O'MALLEY, <br><br> By His Attorneys, <br> Carla B. Freedman, <br> United States Attorney <br><br> */s/ Johanny Santana* <br> Special Assistant United States Attorney <br> Office of Program Litigation, Office 2 <br> Office of the General Counsel <br> Social Security Administration <br> 6401 Security Boulevard <br> Baltimore, MD 21235 <br> (212) 264-4401 <br> Johanny.Santana@ssa.gov | LILLIAN E., <br><br> By Her Attorney, <br><br><br> */s/ Justin M. Goldstein* <br> Hiller Comerford Injury & Disability Law <br> 6000 North Bailey Avenue - Suite 1a <br> Amherst, NY 14226 <br> 716-564-3288 <br> Fax: 716-332-1884 <br> Email: jgoldstein@hillercomerford.com |

SO ORDERED.

IT IS SO ORDERED:

David N. Hurd
U.S. District Judge

Dated: 06-27-2024